UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAM ALEXANDER,<br><br>           Plaintiff,<br><br>    v.<br><br>HILTON HOTELS WORLDWIDE, et al.,<br><br>           Defendants. | Case No. 24-cv-00830-TSH<br><br>**ORDER TO SHOW CAUSE** |

Pending before the Court is Defendant Justice Operating Company's motion to dismiss. ECF No. 17. Plaintiff Liam Alexander failed to file an opposition in compliance with Civil Local Rule 7. The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Accordingly, the Court hereby **VACATES** the June 6, 2024 noticed hearing date and **ORDERS** Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by June 6, 2024 and simultaneously file either an opposition in compliance with Civil Local Rule 7-3(a) or a statement of nonopposition in compliance with Local Rule 7-3(b). If Plaintiff file an opposition, Defendants may file any reply by June 13, 2024.

<u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed</u>. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: May 23, 2024

THOMAS S. HIXSON
United States Magistrate Judge