UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAM ALEXANDER,<br><br>    Plaintiff,<br><br>  v.<br><br>HILTON HOTELS WORLDWIDE, et al.,<br><br>    Defendants. | Case No. 24-cv-00830-AMO<br><br>**ORDER**<br><br>Re: Dkt. No. 23, 26 |

The Court has reviewed Magistrate Judge Thomas S. Hixson's Report and Recommendation to dismiss this case without prejudice. The primary basis for Judge Hixson's recommendation of dismissal was the return of Plaintiff Liam Alexander's mail as undeliverable and his failure to provide an updated address pursuant to Civil Local Rule 3-11. ECF 22; ECF 23. Following reassignment of the case to this Court, the Clerk of Court entered Alexander's self-styled emergency motion to have a hearing reset. ECF 26 (filed June 7, 2024; entered June 11, 2024). In light of his most recent filing, the Court permits Alexander an opportunity to abide by the Civil Local Rules prior to dismissal. The Court therefore declines to adopt the Report and Recommendation.

Therefore, the Court **ORDERS** Alexander to provide updated contact information by no later than July 10, 2024. A template form to change contact information is available on the Court's website at: https://www.cand.uscourts.gov/wp-content/uploads/pro-se/legal-help-center-templates-and-packets/Notice-of-Change-of-Contact-Information-Packet.pdf.

The Court **DENIES** Alexander's motion to reset an unspecified hearing. ECF 26.

In addition, the Court **ORDERS** Alexander to file a brief in opposition to Defendant's pending Motion to Dismiss the Complaint (ECF 17) by no later than July 17, 2024. Failure to

oppose the pending motion will result in dismissal of the Complaint. Defendant may file a reply brief within seven (7) days following receipt of the opposition brief.

The Court reminds Alexander that resources are available for parties who are representing themselves in the Northern District of California. The Court encourages all self-represented litigants to consult with the Federal Pro Bono Project (sometimes also called the Legal Help Center), though this is optional. To schedule an appointment with the Legal Help Center, email fedpro@sfbar.org or call (415) 782-8982.

The Northern District of California website also has various resources available, including a Pro Se Handbook about how to represent oneself in court. These resources are available online at: https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: June 26, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

2