UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAM ALEXANDER,<br><br>    Plaintiff,<br><br>    v.<br><br>HILTON HOTELS WORLDWIDE, et al.,<br><br>    Defendants. | Case No. 24-cv-00830-AMO<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Re: Dkt. Nos. 17, 23, 27 |

On June 10, 2024, Magistrate Judge Thomas S. Hixson issued a report and recommendation that the action be dismissed without prejudice based on Plaintiff Liam Alexander's failure to provide an updated address. ECF 23.

Civil Local Rule 3-11(a) provides that "a party proceeding pro se whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address." The Court may dismiss a complaint without prejudice when "(1) [m]ail directed to the attorney or pro se party by the Court has been returned to the Court as not deliverable; and (2) [t]he Court fails to receive within 60 days of this return a written communication from the attorney or pro se party indicating a current address." Civ. L.R. 3-11(b). At the time of Judge Hixson's report, more than 60 days had passed since the Clerk's notice was returned as undeliverable. The Court declined to adopt Judge Hixson's recommendation to dismiss at that time because the docket showed some activity on the docket. *See* ECF 26 (Alexander's motion to reset hearing). But the Court then set additional deadlines for Alexander to comply with the Local Rules and to oppose Defendant's pending motion to dismiss. ECF 27. Alexander did not respond. The time for notifying the Court of an updated address has passed. The time for filing an opposition to Defendant's motion to dismiss has passed.

Accordingly, the Court hereby **ORDERS** that:

1. The Report and Recommendations issued on June 10, 2024 (ECF 23), are **ADOPTED** in full;
2. This action is **DISMISSED** without prejudice; and
3. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: July 18, 2024

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**